UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE REED,

    Plaintiff,

    v.

JOHN DOE, et al.

    Defendants.
    _____/

Case No. 12-cv-12544

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MICHAEL J. HLUCHANIUK

**JUDGMENT**

This action having come before the Court, and the Court having entered an Order of Dismissal with prejudice on this date.

**IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Dated: May 27, 2015

                                      /s/Gershwin A Drain
                                      HON. GERSHWIN A. DRAIN
                                      United States District Court Judge